1  Juan C. Basombrio (SBN 150703)
   basombrio.juan@dorsey.com
2  Gabrielle Wirth (SBN 106492)
   wirth.gabrielle@dorsey.com
3  Jessica Lineham (SBN 223569)
   linehan.jessica@dorsey.com
4  DORSEY & WHITNEY LLP
   600 Anton Boulevard, Suite 2000
5  Costa Mesa, CA 92626-7655
   Telephone:  (714) 800-1400
6  Facsimile:   (714) 800-1499

7  Attorneys for Plaintiffs
   KEVIN FELDMAN, ELLIOTT FREER and
8  TIGERRISKPARTNERS LLC

9  James P. Carter (SBN 150052)
   james.carter@jacksonlewis.com
10 Thomas G. Mackey (SBN 174572)
   thomas.mackey@jacksonlewis.com
11 JACKSON LEWIS P.C.
   200 Spectrum Center Drive, Suite 500
12 Irvine, California  92618
   Telephone:  (949) 885-1360
13 Facsimile:  (949) 885-1380

14 Attorneys for Defendants
   MARSH & MCLENNAN COMPANIES, INC.
15 & GUY CARPENTER & COMPANY, LLC

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  KEVIN FELDMAN, an individual and California resident; ELLIOTT FREER, an individual and California resident; and TIGERRISK PARTNERS LLC, a Connecticut Limited Liability Company,<br><br>21      Plaintiffs,<br><br>22  v.<br><br>23  GUY CARPENTER & COMPANY, LLC, a Delaware Limited Liability Company; MARSH & McLENNAN COMPANIES, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>26      Defendants. | **CASE NO.: 8:19-cv-00817 JVS (DFMx)**<br><br><br><br>**JOINT STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>[Filed Concurrently with (Proposed) Order Remanding Action to State Court] |

1

CASE NO.: 8:19-cv-00817 JVS (DFMx)                    STIPULATION TO REMAND

**TO THE ABOVE-ENTITLED COURT**:

IT IS HEREBY STIPULATED and agreed by all Parties that this Action be remanded to the Orange County Superior Court, County of Los Angeles, Case No. 30-2019-01066415-CU-OE-CJC, assigned for all purposes to the Honorable Martha K. Gooding (Dept. C34). Each party will bear its own attorneys' fees and costs.

The Parties further agree and understand that they reserve and do not waive or forfeit any claims, defenses or other objections that they may have in this action.

Dated: May 8, 2019                    DORSEY & WHITNEY, LLP

                                      By:   /s/ Gabrielle Wirth
                                            Juan C. Basombrio
                                            Gabrielle Wirth
                                            Jessica Linehan

                                      Attorneys for Plaintiffs
                                      KEVIN FELDMAN, ELLIOTT
                                      FREER and TIGERRISK
                                      PARTNERS LLC

Dated:  May 8, 2019                   JACKSON LEWIS P.C.

                                      By:   /s/ Thomas G. Mackey
                                            James P. Carter
                                            Thomas G. Mackey

                                      Attorneys for Defendants
                                      GUY CARPENTER & COMPANY, LLC and MARSH & McLENNAN COMPANIES, INC.