UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FELDMAN, an individual and California resident; ELLIOTT FREER, an individual and California resident; and TIGERRISK PARTNERS LLC, a Connecticut Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>GUY CARPENTER & COMPANY, LLC, a Delaware Limited Liability Company; MARSH & McLENNAN COMPANIES, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO.: 8:19-cv-00817 JVS (DFMx)**<br><br>**ORDER REGARDING JOINT STIPULATION TO REMAND TO STATE COURT**<br><br>[Filed Concurrently with Joint Stipulation to Remand Action to State Court] |

## ORDER REMANDING CASE TO STATE COURT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled matter is remanded to Orange County Superior Court, Case No. 30-2019-01066415-CU-OE-CJC, assigned for all purposes to the Honorable Martha K. Gooding (Dept. C34). Each party will bear its own attorneys' fees and costs.

DATED: May 08, 2019

_____
Honorable James V. Selna
United States District Judge